25-1456

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

NETCHOICE,

Plaintiff-Appellee,

v.

PHILIP J. WEISER, in his official capacity as Attorney General of Colorado,

Defendant-Appellant.

On Appeal from the United States District Court, District of Colorado
The Honorable William J. Martínez
Senior District Judge

District Court Case No. 25-cv-02538-WJM-KAS

# APPELLANT'S UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

PHILIP J. WEISER
Attorney General

PETER G. BAUMANN*
Assistant Solicitor General
LANE TOWERY*
Assistant Attorney General

Colorado Department of Law
1300 Broadway
Denver, Colorado 80203
Telephone: 720-508-6000
E-Mail: peter.baumann@coag.gov
lane.towery@coag.gov
*Counsel of Record
*Attorneys for Philip J. Weiser*

Defendant-Appellant Philip J. Weiser, in his official capacity as the Attorney General of the State of Colorado, hereby moves the Court pursuant to Fed. R. App. P. 27 and 34(b), and 10th Cir. R. 34.1(a)(3), to reschedule oral argument in this matter. As grounds therefore, the Attorney General states:

1. Undersigned attorneys for the Attorney General conferred with counsel for the Plaintiff-Appellee on September 16 and 17, 2026, regarding the extension requested in this motion. Plaintiff-Appellee does not oppose the requested extension.

2. On Thursday, September 10, 2026, the Court set oral argument in this matter for the November term of Court, specifically on November 16, 2026.

3. Calendar acknowledgment forms are due within ten days of the Court's order setting oral argument, or on September 20, 2026.

4. Undersigned counsel Peter G. Baumann is lead counsel for the Appellant in this matter. Mr. Baumann argued the case before the district court and presently intends to argue on behalf of the Attorney General before this Court.

5. Mr. Baumann has longstanding family travel out of the country planned for the week of November 16, 2026. Accordingly, the Attorney General respectfully requests that the Court reschedule oral argument for either the January or March 2027 terms of court, or for a special term of court.

6. No party will be prejudiced by a continuance. Plaintiff-Appellee prevailed at the preliminary injunction stage in the district court, and the Attorney General is enjoined from enforcing the law at issue in this case pending appeal. The parties have also stayed proceedings in the district court pending the outcome of this appeal.

7. Under 10th Cir. R. 34.1(a)(3)(b):

I. Plaintiff-Appellee does not oppose the request for postponement;

II. Neither the Attorney General nor Plaintiff-Appellee believes the case is suitable for submission on the briefs. The case involves a constitutional challenge to a state law, and touches on important questions of first impression in this circuit; and

III. Counsel for both the Attorney General and the Plaintiff-Appellee are available during either the January 2027 term of court (Jan. 19-22) or the March 2027 term of court (Mar. 22-26). The Plaintiff-Appellee's preference is for the matter to be rescheduled for the January term.

8. Because the Attorney General believes oral argument will benefit the Court in this matter, if the Court is disinclined to grant the Motion the Attorney General respectfully requests that the Court deny the Motion rather than submit the case on the briefs.

Accordingly, the Attorney General respectfully requests that the Court postpone oral argument in this matter for the January or March terms of court or for a special term of court.

PHILIP J. WEISER
Attorney General

/s/ *Peter G. Baumann*
PETER G. BAUMANN*
Assistant Solicitor General
LANE TOWERY*
Assistant Attorney General

Ralph L. Carr Colorado Judicial Center
1300 Broadway, Denver, Colorado 80203
Telephone: (720) 508-6000
E-Mail: peter.baumann@coag.gov
lane.towery@coag.gov
*Counsel of Record
*Attorneys for Philip J. Weiser*

**Word Count and Typeface**

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because

this motion contains 439 words.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because

this brief has been prepared in a proportionally spaced typeface (fourteen-point Times New Roman) using Microsoft Word.

Date: September 17, 2026

*s/ Peter G. Baumann*
PETER G. BAUMANN
Assistant Solicitor General