**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 22, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

NETCHOICE,

Plaintiff - Appellee,

v.

PHILIP J. WEISER, in his official capacity as Attorney General of Colorado,

Defendant - Appellant.

------------------------------

FIRST AMENDMENT, TECHNOLOGY LAW AND PUBLIC HEALTH LAW SCHOLARS, et al.,

Amici Curiae.

No. 25-1456
(D.C. No. 1:25-CV-02538-WJM-KAS)
(D. Colo.)

---

**ORDER**

---

This matter is before the court on *Appellant's Unopposed Motion to Reschedule Oral Argument*. At the direction of the panel of judges assigned to consider this case on the merits, the motion is GRANTED. Oral argument scheduled for November 16, 2026 is vacated and counsel scheduled to appear are excused from attendance at oral argument in Denver, Colorado.

Counsel will be notified by the clerk of the new date and time for oral argument at a later date.

Entered for the Court

Per Curiam